**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| RODNEY TERRY, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | Case No.  5:21-CV-00129-RWS-JBB |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | § § § § | |
| Defendant. | § § § | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The above-captioned action was referred to United States Magistrate Judge J. Boone Baxter pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition this action, has been presented for consideration and no objections were filed. Thus, any aggrieved party is barred from *de novo* review by the district court of the proposed findings and recommendations of the Magistrate Judge. The Court has reviewed the Magistrate Judge's Report and Recommendation (Docket No. 20) and finds no grounds of plain error or manifest injustice. Thus, the Court

**ADOPTS** the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is

**ORDERED** that Plaintiff's above-entitled Social Security action is hereby **AFFIRMED**. It is further

**ORDERED** that all motions not previously ruled on are **DENIED**, and the referral order is **VACATED**.

**So ORDERED and SIGNED this 28th day of February, 2023.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE